```
Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
137 N. Larchmont Blvd., #506
Los Angeles, CA 90004
Telephone (866) 908-2121
Facsimile (877) 221-3306
Email: djylaw@gmail.com
Email: sarahgarvey@yahoo.com

Attorneys for Plaintiff
CHARLES HUNTSMAN
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES HUNTSMAN,           ) | CASE NO.: 8:16-cv-01561 JVS (ASx) |
|                             ) | |
|         Plaintiff,          ) | **JOINT STIPULATION FOR DISMISSAL** |
|                             ) | |
|         vs.                 ) | |
|                             ) | |
| WESLEY DEAN; ERIC GIUMMO;   ) | |
| AUSTIN KINNEY; and          ) | |
| BLAKE BLANEY,               ) | |
|                             ) | |
|         Defendants.         ) | |
|                             ) | |
| _____     ) | |

It is hereby stipulated by and between the parties to this action, through their designated counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be and is hereby dismissed with prejudice.

///

///

///

```
                                    Respectfully submitted,


Dated:  July 24, 2017               YORK & GARVEY

                                    By: /s/ Darrell J. York
                                       Darrell J. York
                                       Attorneys for Plaintiff


Dated:  July 24, 2017               Koeller, Nebeker, Carlson & Haluck

                                    By: /s/ "Zachary Schwartz"
                                       Zachary Schwartz
                                       Attorneys for Defendants
```